```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                             Case No. 19-04164-RNO
Dennis Fitzgerald                                                  Chapter 13
Alma Rosa Fitzgerald
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: ToniaWils              Page 1 of 1           Date Rcvd: Dec 18, 2019
                              Form ID: pdf010              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
db/jdb         +Dennis Fitzgerald,    Alma Rosa Fitzgerald,    5695 Decker Road,    Bushkill, PA 18324-7843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor    Citizens Bank, N.A. PitEcf@weltman.com,
               PitEcf@weltman.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Janet M. Spears    on behalf of Creditor    Bayview Loan Servicing LLC bkecfinbox@aldridgepite.com,
               JSpears@ecf.courtdrive.com
              Jerome B Blank    on behalf of Creditor    Jpmorgan Chase Bank, National Association pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Robert J Kidwell, III    on behalf of Debtor 2 Alma Rosa Fitzgerald rkidwell@newmanwilliams.com,
               rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.co
               m
              Robert J Kidwell, III    on behalf of Debtor 1 Dennis  Fitzgerald rkidwell@newmanwilliams.com,
               rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.co
               m
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 2 Alma Rosa Fitzgerald
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
              Vincent  Rubino    on behalf of Debtor 1 Dennis  Fitzgerald
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5:19−bk−04164 |
| **DENNIS FITZGERALD**, | : | |
| *fdba* Market Street Sports Bar, | : | CHAPTER 13 |
| **ALMA ROSA FITZGERALD** | : | |
| *aka* Alma R. Fitzgerald | : | |
| *aka* Alma Fitzgerald | : | |
| *aka* Alma Santiago | : | |
| *aka* Alma R. Santiago | : | |
| *aka* Alma Rosa Santiago | : | |
| | : | |
| Debtor | : | |

## ORDER GRANTING
## MOTION TO SELL REAL PROPERTY OF THE ESTATE:
## (110 Bourne Ct., Bushkill, Lehman Township, PA 18324)

AND NOW upon consideration of Debtor's Motion to Sell Real Property of the Estate: (110 Bourne Ct., Bushkill, Lehman Township, PA 18324), objections, if any, and hearing, if any, it is hereby ORDERED that said Motion is GRANTED. It is further ORDERED that Debtor be and is hereby AUTHORIZED to sell the real property known as (110 Bourne Ct., Bushkill, Lehman Township, PA 18324), to Gillway Lochry LLC, an unrelated third party, or any assignee, for Forty-Nine Thousand Nine Hundred ($49,900) Dollars**,** in accordance with the Agreement of Sale attached to the Motion. It is further ORDERED that Debtor be and is hereby AUTHORIZED to execute any all documents necessary to complete the sale.

IT IS FURTHER ORDERED that distribution of the proceeds from the sale of the real estate at settlement be made as follows:

a. Any out-of-pocket expenses advanced by or on behalf of Debtors, Contractors or any closing agent in connection with the sale of the Property, and which have not been reimbursed at the time of settlement;

b. Any notarization, document preparation, mail or wire fees, and/or incidental recording fees associated with the sale of the Property;

c. Any related tax which is the responsibility of the Sellers;

d. Any real estate taxes, municipal liens or similar claims that are the responsibility of the Sellers;

e. Any realtors' commission due;

f. Newman Williams, P.C., in the amount of $750 for Attorneys' fees related to the sale;

g. Any contractual liens against the Property

i. Debtors in the amount of all exemptions available under Section 522 of the Bankruptcy Code;

j. Charles J. DeHart, Esquire, Chapter 13 Trustee, of Debtors' non-exempt proceeds of sale, for Distribution in accordance with any confirmed Chapter 13 Plan; then, the remainder, if any, to;

k. Debtors.

IT IS FURTHER ORDERED that this Order is not subject to the stay of order otherwise provided by Federal Rule of Bankruptcy Procedure 6004(h).

Dated: December 17, 2019     By the Court,

_Robert N. Opel II_ (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (BI)