Certificate Number: 12433-PAM-DE-033963089

Bankruptcy Case Number: 19-04164



12433-PAM-DE-033963089

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 16, 2020, at 5:56 o'clock PM EST, Alma Rosa Fitzgerald completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 16, 2020        By:    /s/Candace Jones

                              Name:  Candace Jones

                              Title: Counselor