In re:                                                            Case No. 19-04164-RNO
Dennis Fitzgerald                                                 Chapter 13
Alma Rosa Fitzgerald
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 1              Date Rcvd: Mar 06, 2020
                           Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2020.
db/jdb        +Dennis Fitzgerald,   Alma Rosa Fitzgerald,   5695 Decker Road,   Bushkill, PA 18324-7843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2020 at the address(es) listed below:
              Brian Thomas Langford   on behalf of Creditor   Citizens Bank, N.A. PitEcf@weltman.com,
               PitEcf@weltman.com
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James Warmbrodt   on behalf of Creditor   Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
              James Warmbrodt   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Janet M. Spears   on behalf of Creditor   Bayview Loan Servicing LLC bkecfinbox@aldridgepite.com,
               JSpears@ecf.courtdrive.com
              Jerome B Blank   on behalf of Creditor   Jpmorgan Chase Bank, National Association pamb@fedphe.com
              Mario John Hanyon   on behalf of Creditor   Wells Fargo Bank, N.A. pamb@fedphe.com
              Robert J Kidwell, III   on behalf of Debtor 2 Alma Rosa Fitzgerald rkidwell@newmanwilliams.com,
               rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.co
               m
              Robert J Kidwell, III   on behalf of Debtor 1 Dennis   Fitzgerald rkidwell@newmanwilliams.com,
               rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.co
               m
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino   on behalf of Debtor 1 Dennis   Fitzgerald
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
              Vincent Rubino   on behalf of Debtor 2 Alma Rosa Fitzgerald
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                        TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dennis Fitzgerald fdba Market Street Sports Bar<br>      Alma Rosa Fitzgerald aka Alma R. Fitzgerald aka Alma Fitzgerald aka Alma Santiago aka Alma R. Santiago aka Alma Rosa Santiago<br>                Debtor(s) | **CHAPTER 13** |
| Bayview Loan Servicing, LLC<br>                Movant<br>   vs. | **NO. 19-04164 RNO** |
| Dennis Fitzgerald fdba Market Street Sports Bar<br>Alma Rosa Fitzgerald aka Alma R. Fitzgerald aka Alma Fitzgerald aka Alma Santiago aka Alma R. Santiago aka Alma Rosa Santiago<br>                Debtor(s) | **11 U.S.C. Section 362** |
| Charles J. DeHart, III Esq.<br>                Trustee | |

## <u>ORDER</u>

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 5695 Decker Road, Bushkill, PA 18324 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Dated: March 6, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge   <sup>(DG)</sup>